**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: J.F., A MINOR   :   No. 96 EAL 2022
  :
  :
PETITION OF: V.R., FATHER   :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.